IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIDGETT RENEE MCGILL, | ) | 1:11cv0542 DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING EXTENSION |
| Plaintiff, | ) | OF TIME |
| | ) | |
| vs. | ) | (Document 13) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 1, 2011, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file an opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before December 1, 2011.

IT IS SO ORDERED.

   **Dated:   November 2, 2011**            _____/s/ Dennis L. Beck_____
                                            UNITED STATES MAGISTRATE JUDGE

1