1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                            EASTERN DISTRICT OF CALIFORNIA
9
    BRIDGETT RENEE MCGILL,              )       1:11cv0542 DLB
10                                      )
                                        )
11                                      )
                                        )       ORDER GRANTING APPLICATION
12              Plaintiff,              )       TO FILE OPENING BRIEF
                                        )
13         vs.                          )       (Document 16)
                                        )
14  MICHAEL J. ASTRUE, Commissioner of  )
    Social Security,                    )
15                                      )
                                        )
16              Defendant.              )
    _____ )
17
18
19         On November 2, 2011, the Court granted the parties' stipulation to allow Plaintiff an

20  extension of time to file an opening brief on or before December 1, 2011.  On December 2, 2011,

    Plaintiff filed her opening brief, along with a proposed order for leave to file a late brief.
21
           The Court construes Plaintiff's proposed order as an application to file a late opening brief.
22
    As Plaintiff has already filed her opening brief and the filing was only one day late, Plaintiff's
23
    request is GRANTED.  The Commissioner's time to file any opposition to the opening brief is
24
    extended an additional day.
25
           IT IS SO ORDERED.
26
       Dated:    December 5, 2011              _____
27                                            /s/ Dennis L. Beck
                                              UNITED STATES MAGISTRATE JUDGE
28
                                              1